UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| MARY M. SAUNDERS, | Case No. 1:08-cv-1136 |
| --- | --- |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant, | |

## **JUDGMENT**

Final judgment is entered in favor of the defendant, and against the plaintiff.

**IT IS SO ORDERED this 22nd day of March 2010**.

    /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge